IN THE SUPREME COURT OF THE STATE OF MONTANA

CAUSE NO. DA 22-0436

---

MONTANA ENVIRONMENTAL
INFORMATION CENTER,

     Petitioner/Appellee,

        v.

MONTANA PUBLIC SERVICE
COMMISSION, MONTANA
DEPARTMENT OF PUBLIC
SERVICE REGULATION, and
NORTHWESTERN
CORPORATION d/b/a
NORTHWESTERN ENERGY,

     Respondents/Appellants.

O R D E R

---

Upon consideration of the parties' Stipulated Motion for Leave to Correct Administrative Record, and for good cause appearing,

IT IS HEREBY ORDERED that the certified, electronic copy of the administrative record filed by the Commission shall be accepted as a correction to the record on appeal, pursuant to Mont. R. App. P. 8(6).

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 1 2022